No. 02–9141. Sweger *v.* Chesney, Superintendent, State Correctional Institution at Frackville, et al. C. A. 3d Cir. Certiorari denied.

No. 02–9145. Smith *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 02–9150. Turrentine *v.* Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 02–9153. Jones *v.* Clark et al. C. A. 5th Cir. Certiorari denied.

No. 02–9162. Shabtai *v.* City of New York, New York, et al. C. A. 2d Cir. Certiorari denied.

No. 02–9166. Moorman *v.* Hobbs, Deputy/Assistant Director, Arkansas Department of Correction, et al. C. A. 8th Cir. Certiorari denied.

No. 02–9170. Burton *v.* Dormire, Superintendent, Jefferson City Correctional Center, et al. C. A. 8th Cir. Certiorari denied.

No. 02–9177. Parquet et vir *v.* Continental Airlines, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 02–9178. O'Banion *v.* Anderson et al. C. A. 7th Cir. Certiorari denied.

No. 02–9188. Williams *v.* Davis, Superintendent, Indiana State Prison. C. A. 7th Cir. Certiorari denied.

No. 02–9191. Veasley *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 02–9204. McGuire *v.* Cowley, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 02–9205. Jenkins *v.* Thacker et al. C. A. 9th Cir. Certiorari denied.

No. 02–9206. Jackson *v.* Chandler, Warden. C. A. 5th Cir. Certiorari denied.